LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-1617 FCD/PAN<br><br>**STIPULATED REQUEST TO RESET HEARING ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; ORDER** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-2381 FCD DAD<br><br>**DATE:**   September 23, 2005<br>**TIME:**    10:00 a.m.<br>**CTRM**:   2<br>**JUDGE**:  Hon. Frank C. Damrell, Jr.<br>"AS MODIFIED" |

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that Plaintiffs' Joint Motion for Class Certification be reset from September 23, 2005, to October 21, 2005, at 10:00 a.m., in Courtroom 2. Plaintiffs' counsel has a Fairness Hearing in the United States District Court, Southern District of Florida *(Haney, et al. v. Miami-Dade County, et*

\\\

Page 1
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                                                USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                              USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

*al.*, Case No. 04-20516-CIV-Jordan/Brown), which was scheduled prior to this Court's Order setting the hearing date for Plaintiffs' Motion for Class Certification.

DATED: June ___, 2005         Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                        _____
                                        MARK E. MERIN, SBN 043849
                                        Attorney for Plaintiffs

DATED: June ___, 2005         Respectfully submitted,

                                        PORTER, SCOTT, WEIBERG & DELEHANT

                                        _____
                                        TERENCE J. CASSIDY, SBN 99180
                                        KEITH E. NOUROT, SBN 221122
                                        Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs' Joint Motion for Class Certification be reset to November 4, 2005, at 10:00 a.m., in Courtroom 2. Pursuant to Local Rule 78-230, plaintiffs will file and electronically serve their Motion and supporting papers on or before September 20, 2005. Defendants will file and electronically serve their Opposition on or before October 4, 2005. Plaintiffs will file and electronically serve their Reply to Defendants' Opposition on or before October 14, 2005.

DATED: June 16, 2005

                                        /s/ Frank C. Damrell Jr.
                                        HON. FRANK C. DAMRELL, JR., JUDGE
                                        UNITED STATES DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA

Page 2
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.        USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.    USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER