1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN 043849
2  Jeffrey I. Schwarzschild, SBN 192086
   2001 P Street, Suite 100
3  Sacramento, CA 95814
   Telephone: 916/443-6911
4  Facsimile: 916/447-8336
   E-Mail: mark@markmerin.com
5
6  Attorneys for Plaintiffs

7  PORTER, SCOTT, WEIBERG & DELEHANT
   Terence J. Cassidy, SBN 099180
8  Keith E. Nourot, SBN 221122
   350 University Avenue, Suite 200
9  Sacramento, CA 95825
   Telephone: 916/929-1481
10 Facsimile: 916/927-3706
   E-Mail: tcassidy@pswdlaw.com
11
12 Attorneys for Defendants

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　Defendants. | CASE NO:  CIV.S-04-1617 FCD/PAN<br><br>**STIPULATED REQUEST TO RESET HEARING ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　Defendants. | CASE NO:  CIV.S-04-2381 FCD DAD<br><br>**DATE:**　November 4, 2005<br>**TIME:**　10:00 a.m.<br>**CTRM**:　2<br>**JUDGE**:　Hon. Frank C. Damrell, Jr. |

Page 1
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.　　　　　　　　　　USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.　　　　　　　　USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

WHEREAS, the date for Plaintiffs' Motion for Class Certification is currently set for November 4, 2005, in the above-captioned matter;

WHEREAS, the parties have agreed to submit this matter to mediation before the Honorable Raul Ramirez (Ret.);

WHEREAS, the parties have had one day of mediation on September 1, 2005, and have set two more days of mediation for October 26-27, 2005;

WHEREAS, the parties would prefer to focus their efforts on mediation rather than preparing, filing and opposing a motion for class certification;

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, through their counsel of record, that Plaintiffs' Joint Motion for Class Certification be continued to December 2, 2005, at 10:00 a.m., in Courtroom 2.

DATED: September 13, 2005         Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

/s/ - "Mark E. Merin"
_____
MARK E. MERIN, SBN 043849
Attorney for Plaintiffs

DATED: September 13, 2005         Respectfully submitted,

PORTER, SCOTT, WEIBERG & DELEHANT

/s/ - "Keith E. Nourot"
_____
TERENCE J. CASSIDY, SBN 99180
KEITH E. NOUROT, SBN 221122
Attorney for Defendants

\\\
\\\
\\\
\\\

Page 2
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                    USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

# ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Joint Motion for Class Certification be continued to December 2, 2005, at 10:00 a.m., in Courtroom 2. Pursuant to Local Rule 78-230, plaintiffs will file and electronically serve their Motion and supporting papers on or before November 1, 2005. Defendants will file and electronically serve their Opposition on or before November 15, 2005. Plaintiffs will file and electronically serve their Reply to Defendants' Opposition on or before November 23, 2005. The status conference set for December 2, 2005 is VACATED and RESET to Friday, January 27, 2006 at 10:00 a.m. A joint status report shall be filed on or before January 17, 2006.

DATED: September 14, 2005

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR., JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Page 3
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                           USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                       USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
STIPULATED REQUEST TO RESET HEARING DATE ON PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER