LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
Keith E. Nourot, SBN 221122
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706
E-Mail: tcassidy@pswdlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>          Defendants. | CASE NO:  CIV.S-04-1617 FCD/PAN<br><br>**ORDER STAYING ACTION FOR 120 DAYS, VACATING THE HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND THE STATUS CONFERENCE** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>          Defendants. | CASE NO:  CIV.S-04-2381 FCD DAD |

Page 1

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.        USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.    USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
00397186.WPD            ORDER STAYING ACTION

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1  Based on the Stipulation of the parties filed November 2, 2005, and good cause appearing
2  therefore:
3  IT IS HEREBY ORDERED that this action be stayed for one hundred and twenty (120) days
4  from the date of this Order.  In the event the parties have not previously requested that the District
5  Court take some action in this matter, the parties are directed to file a Joint Status Report setting
6  forth the current status of this matter and future proceedings within ten (10) days from the running
7  of the one hundred (120) day stay Order.
8  IT IS FURTHER ORDERED that the hearing date on Plaintiffs' Motion for Class
9  Certification which is presently scheduled for December 2, 2005 and the Status Conference presently
10 scheduled for January 27, 2006 be in the same hereby are vacated, to be rescheduled as necessary
11 following expiration of the stay Order.
12 IT IS SO ORDERED.
13 DATED: November 2, 2005

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR., JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

Page 2
EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.            USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
00397186.WPD                    ORDER STAYING ACTION