**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY PROBATION DEPARTMENT; VERNE SPEIRS and SUZANNE COLLINS

LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
(916) 443-6911
(916) 447-8336 (facsimile)

Attorneys for Plaintiffs EMILY ROBINSON, HEATHER J. HARRISON and RYAN PRICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ROBINSON; a minor, by and through her Guardian Ad Litem, her custodial parent, Michael Robinson; and HEATHER J. HARRISON, a minor, by and through her Guardian Ad Litem, her custodial parent, Nicki J. Evans, RYAN PRICE, a minor, by and through his Guardian Ad Litem, his custodial parent Michael D. Price, and on behalf of themselves and all those similarly situated,<br>　　　Plaintiffs,<br>vs.<br>SACRAMENTO COUNTY; SACRAMENTO COUNTY PROBATION DEPARTMENT; SACRAMENTO COUNTY CHIEF PROBATION OFFICER VERNE SPEIRS, in his individual and official capacity; SACRAMENTO COUNTY ASSISTANT CHIEF PROBATION OFFICER SUZANNE COLLINS, in her individual and official capacity; and DOES 1 THROUGH 150,<br>　　　Defendants.<br>_____/ | Case No.: CIV.S 04-1617 FCD DAD<br><br>**ORDER REGARDING JOINT STATUS REPORT AND STIPULATION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE A MOTION FOR CLASS CERTIFICATION, CONTINUE THE STATUS CONFERENCE AND STAY OF ACTION FOR AN ADDITIONAL 90 DAYS** |

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00415920.WPD

1

**ORDER**

**ORDER**

Based upon the Joint Status Report and stipulation of the parties filed February 21, 2006 and good cause appearing therefore:

IT IS HEREBY ORDERED that this action be stayed for ninety (90) days form the date of this Order.  In the event the parties have not previously requested that the District Court take some action in this matter, the parties are directed to file a Joint Status Report setting forth the current status of this matter and future proceedings with ten (10) days form the running of the ninety (90) day stay Order.

IT IS FURTHER ORDERED  that the time for Plaintiffs to file the Motion for Class Certification and further Status Conference in these matters be extended to dates and time to be rescheduled upon the lifting of the stay order, if necessary.

IT IS SO ORDERED.


Dated:   February 22, 2006



/s/ Frank C. Damrell Jr.
Hon. Frank C. Darrell, Jr., Judge
United States District Court
Eastern District of California

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

00415920.WPD

2

**ORDER**