```
LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336

Attorneys for Plaintiffs

PORTER, SCOTT, WEIBERG & DELEHANT
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: 916/929-1481
Facsimile: 916/927-3706

Attorneys for Defendants
```

—o0o—

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| EMILY ROBINSON, et al., | CASE NO:   CIV.S-04-1617 FCD/PAN |
| Plaintiffs, | **PROTECTIVE ORDER FOR DISCLOSURE OF JUVENILE RECORDS** |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |
| KIMBERLY KOZLOWSKI, et al., | CASE NO:   CIV.S-04-2381 FCD/DAD |
| Plaintiffs, | |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

///

///

Page 1

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                              USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.                          USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
00441678.WPD                              **PROTECTIVE ORDER**

1  Based on the Stipulated Motion for Preliminary Approval of Provisional Settlement Class
2  and Settlement of Class Action and Order thereon, and good cause appearing therefor:
3  IT IS HEREBY ORDERED that personnel of the Sacramento County Probation Department
4  who are authorized to access juvenile records in the databases maintained by Sacramento County
5  Probation Department, Sacramento County Sheriff's Department, the Inmate Profile System (IPS)
6  or in the Criminal Justice Information System (CJIS) may access those records for the purposes of
7  determining the identities of the individual members of the settlement class, the last known addresses
8  (including persons incarcerated at juvenile or adult facilities in the state of California), date of birth,
9  social security number, dates of booking, charges and information reflecting whether the settlement
10 class member was on searchable probation at the time of booking, of all settlement class members
11 arrested during the class period, as well as the name(s), last known address(es) and social security
12 numbers of all parents and/or guardians of settlement class members arrested during the class period.
13 IT IS FURTHER ORDERED that personnel of the Sacramento County Probation Department
14 are hereby authorized to disclose to Class Counsel the name and last known address of all settlement
15 class members and to disclose to the duly appointed Claims Administrator in the above-captioned
16 cases all information set forth in the previous paragraph in order to provide notice to settlement class
17 members, to assist with efforts to update and verify addresses, including but not limited to addresses
18 of settlement class members who are incarcerated, and to apply the reduction categories set forth in
19 the Stipulation of Settlement and Order for Preliminary Approval of Settlement of Class Action. The
20 Claims Administrator shall not disclose that information to any third party save and except to assist
21 with efforts to update and verify addresses to provide notice to settlement class members.
22 IT IS FURTHER ORDERED that any access by personnel of the Sacramento County
23 Probation Department to the juvenile records in databases maintained by Sacramento County
24 Probation Department, Sacramento County Sheriff's Department, the Inmate Profile System (IPS)
25 or in the Criminal Justice Information System (CJIS) to the Claims Administrator pursuant to this
26 order shall not be a violation of the California Penal Code section 11105, et seq., the right to privacy
27 of settlement class members and/or their parents or any other provision of law which would
28 otherwise deem that information privileged and confidential.

Page 2

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.          USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.     USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
00441678.WPD                        **PROTECTIVE ORDER**

1   IT IS SO ORDERED.

2

3   Dated: August 11, 2006

4                                    /s/ Frank C. Damrell Jr.
                                     United States District Judge
5                                    Eastern District of California

Page 3

EMILY ROBINSON, et al. v. SACRAMENTO COUNTY, et al.                USDC, Eastern District, Case No. CIV.S-04-1617 FCD DAD
KIMBERLY KOZLOWSKI, et al. v. SACRAMENTO COUNTY, et al.            USDC, Eastern District, Case No. CIV.S-04-2381 FCD DAD
00441678.WPD                          **PROTECTIVE ORDER**