---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-1617 FCD EFB<br><br>**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-2381 FCD DAD |

    Based on the Stipulation of the parties and good cause appearing therefore:

    IT IS HEREBY ORDERED that the Order and Judgment of Dismissal, entered by this Court on March 2, 2007, be amended to include the following paragraphs:

1

12. Gilardi & Company, LLC, Claims Administrators in the within actions, shall transfer to Plaintiffs' Counsel, Law Office of Mark E. Merin, the remainder of funds in their account for Claimants who cannot be located, whose checks have not been cashed and are now considered void, or whose checks have been returned as undeliverable. Plaintiffs' Counsel is directed to deposit these funds into their Client Trust Account and to make yearly attempts to locate and contact those Claimants to disperse funds to them.

13. On June 23, 2014, (five (5) years from the date of this Order), all remaining unclaimed funds shall escheat to the state of California. Plaintiffs' Counsel is directed to transfer those funds to the state of California within 15 days of the above date.

IT IS SO ORDERED.

DATED: June 24, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE