---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-1617 FCD EFB<br><br>**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007; AMENDED JUNE 24, 2009** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | CASE NO:   CIV.S-04-2381 FCD DAD |

Based on the Stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the Order and Judgment of Dismissal, entered by this Court on March 2, 2007, amended by this Court on June 24, 2009, be amended to include the following paragraphs:

1

**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007**

*Robinson/Kozlowski, et al. vs. Sacramento County, et al.;* USDC, Eastern Dist., Case Nos. S.04-1617 FCS/PAN & S-04-2381 FCD DAD

1       14.    Gilardi & Company, LLC, Claims Administrators in the within actions, shall transfer to Plaintiffs' Counsel, Law Office of Mark E. Merin, the remainder of funds in their account for Claimants whose claim forms are deficient. Plaintiffs' Counsel is directed to deposit these funds into their Client Trust Account and to make attempts to locate and contact those Claimants whose claim forms are deficient so as to obtain their signature under penalty of perjury and to disperse funds to them.

      15.    As of December 31, 2010, any remaining unclaimed funds from deficient claims shall be given to an organization which serves juveniles in Sacramento County. Counsel for the parties are ordered to meet and confer in January 2011, to determine which juvenile organization will benefit from the remaining unclaimed funds from deficient claims.

      IT IS SO ORDERED.

DATED: January 7, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007**

*Robinson/Kozlowski, et al. vs. Sacramento County, et al.;* USDC, Eastern Dist., Case Nos. S.04-1617 FCS/PAN & S-04-2381 FCD DAD