1 | **LAW OFFICE OF MARK E. MERIN**
Mark E. Merin, SBN 043849
2 | 1010 F Street, Suite 300
Sacramento, California 95814
3 | Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
4 | Email: mark@markmerin.com

5 | Attorney for Plaintiffs

6 | **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
7 | Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
8 | Sacramento, California 95825
Telephone:   916.929.1481
9 | Facsimile:    916.927.3706
E-Mail: tcassidy@porterscott.com

11 | Attorney for Defendants

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| EMILY ROBINSON, et al., | CASE NO:   CIV.S-04-1617 FCD EFB |
| Plaintiffs, | **ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007, AND AMENDED JUNE 24, 2009 AND JANUARY 10, 2010** |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |
| KIMBERLY KOZLOWSKI, et al., | CASE NO:   CIV.S-04-2381 FCD EFB |
| Plaintiffs, | |
| vs. | |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Based on the Stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the Order and Judgment of Dismissal, entered by this Court on March 2, 2007, amended on June 24, 2009, and on January 10, 2010, be amended to

1

delete paragraph 13 of the Order dated June 24, 2009, which reads:

"13.   On June 23, 2014, (five (5) years from the date of this Order), all remaining unclaimed funds shall escheat to the state of California.   Plaintiffs' Counsel is directed to transfer those funds to the state of California within 15 days of the above date."

In place of the paragraph set out above, the following paragraph shall be substituted:

"13.   On November 15, 2011, or as soon as practical thereafter, all remaining unclaimed funds held in Plaintiffs' Counsel's Client Trust Account shall be disbursed to agreed non-profit, tax exempt social service agencies in Sacramento County."

IT IS SO ORDERED.

DATED:  November 2, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007, AND AMENDED JUNE 24, 2009 AND JANUARY 10, 2010**

*Robinson/Kozlowski, et al. vs. Sacramento County, et al.;* USDC, Eastern Dist., Case Nos. S.04-1617 FCD EFB & S-04-2381 FCD  EFB