**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin, SBN 043849
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
Email: mark@markmerin.com

Attorney for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:   916.929.1481
Facsimile:   916.927.3706
E-Mail: tcassidy@porterscott.com

Attorney for Defendants

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| EMILY ROBINSON, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>                    Defendants. | CASE NO:  CIV.S-04-1617 FCD EFB<br><br>**ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007, AND AMENDED JUNE 24, 2009 AND JANUARY 10, 2010** |
| KIMBERLY KOZLOWSKI, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>      Defendants. | CASE NO:  CIV.S-04-2381 FCD EFB |

Based on the Stipulation of the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that the Order and Judgment of Dismissal, entered by this Court on March 2, 2007, amended on June 24, 2009, and on January 10, 2010, be amended to

1

delete paragraph 13 of the Order dated June 24, 2009, which reads:

"13.   On June 23, 2014, (five (5) years from the date of this Order), all remaining unclaimed funds shall escheat to the state of California.   Plaintiffs' Counsel is directed to transfer those funds to the state of California within 15 days of the above date."

In place of the paragraph set out above, the following paragraph shall be substituted:

"13.   On November 15, 2011, or as soon as practical thereafter, all remaining unclaimed funds held in Plaintiffs' Counsel's Client Trust Account shall be disbursed to agreed non-profit, tax exempt social service agencies in Sacramento County."

IT IS SO ORDERED.

DATED: November 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

ORDER AMENDING ORDER AND JUDGMENT OF DISMISSAL ENTERED MARCH 2, 2007, AND AMENDED JUNE 24, 2009 AND JANUARY 10, 2010

*Robinson/Kozlowski, et al. vs. Sacramento County, et al.;* USDC, Eastern Dist., Case Nos. S.04-1617 FCD EFB & S-04-2381 FCD EFB